JOHN HAMASAKI, CSBN 260031
1112 Bryant Street, 3rd Floor
San Francisco CA 94133
Telephone: (415)525-4245
Fax: (415)618-0073

Attorney for Defendant
PEDRO JOSE DA CRUZ LEONARDO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff,                              CR-11-00236-MAG-1

        v.                                                 STIPULATION AND [PROPOSED] ORDER RE: HEARING
                                                           DATE
PEDRO JOSE DA CRUZ LEONARDO,

                    Defendant.
_____/

        At the request of the parties, the Court enters this order continuing the status hearing presently set for Wednesday,

June 1, 2011 at 9:30 to June 15, 2011 at 9:30 a.m., based on the following:

        1. Defendant PEDRO JOSE DA CRUZ LEONARDO's mother fell ill and Mr. Cruz left town in order to provide care and

support to her during her illness.     He will be returning to San Francisco on June 6, 2011.

        2.      Accordingly, the parties hereby request that this

matter be continued from Wednesday June 1, 2011, until Wednesday, June 15, 2011 at 9:30 a.m., for a prospective change of

plea.

        THEREFORE, IT IS STIPULATED by and between parties, and agreed hereto, that the further status hearing be

continued from June 1, 2011 at 9:30 a.m. until June 15, 2011 at 9:30 a.m.

        Dated: May 26, 2011


  /s/ JOHN HAMASAKI                                         /s/ ACADIA SENESE
JOHN HAMASAKI                                              ACADIA SENESE
Attorney for PEDRO LEONARDO                                Assistant U.S. Attorney

1

2    **IT IS SO ORDERED.**

3    Dated:   May 31, 2011

4

5    ELIZABETH D. LAPORTE, Judge

6    United States District Court

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28